# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    vs.<br><br>IVAN PEREZ-JIMENEZ,<br><br>                              Defendant. | CASE NO. 14CR1372-MMA<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Information:

        18:111(a)(1) - Assault on a Federal Officer (Misdemeanor)

_____

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/30/14

_____
Peter C. Lewis
U.S. Magistrate Judge

FILED

MAY 3 0 2014