# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>IVAN PEREZ-JIMENEZ,<br><br>               Defendant. | CASE NO. 14CR1372-MMA<br><br>**Amended**<br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_x_   the Court has granted the motion of the Government for dismissal, **with** prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_x_   of the offense(s) as charged in the Indictment/Information:

     18:111(a)(1) - Assault on a Federal Officer (Misdemeanor)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/3/14

Peter C. Lewis
U.S. Magistrate Judge

FILED
JUN - 3 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        DEPUTY